Case 6:21-cv-00034   Document 5   Filed on 08/03/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| A. V., JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:21-CV-00034 |
| | § | |
| ARNOLD HAYDEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

Plaintiff, A.V., Jr., a minor and Texas inmate confined at the Victoria County Sheriff Correctional Facility in Victoria, Texas, has filed this *pro se* civil rights complaint. In a Notice of Deficient Pleading issued on June 30, 2021, Plaintiff was notified that he must do one of the following within twenty days: (1) pay the $402.00 filing fee for civil rights cases; or (2) submit a completed application to proceed *in forma pauperis* (IFP) along with a certified copy of his inmate trust fund account statement. (D.E. 4). Plaintiff was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution. (D.E. 4).

To date, Plaintiff has failed to comply with the Notice of Deficient Pleading and submit the requested information. Accordingly, Plaintiff is ORDERED to show cause within TWENTY (20) days of the date of this order why his lawsuit should not be dismissed for want of prosecution. Failure to comply will result in dismissal of the lawsuit. Fed. R.

Civ. P. 41. Plaintiff may comply with this show cause order by paying the filing fee or filing an IFP application and a copy of his inmate trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint. If Plaintiff fails to comply with this order, this matter will be referred to the District Court with a recommendation to dismiss Plaintiff's cause of action. This is Plaintiff's final notice of deficiency.

      ORDERED on August 3, 2021.

                                                       Julie K. Hampton
                                                       United States Magistrate Judge